UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10175-RGS

JOSEPH TRAVERS

v.

FLIGHT SERVICES & SYSTEMS, INC.

ORDER ON DEFENDANT'S MOTION FOR LIMITED
RECONSIDERATION OF THE DENIAL OF ITS MOTION FOR
JUDGMENT AS A MATTER OF LAW

June 27, 2014

STEARNS, D.J.

After consideration of the motion and the accompanying memorandum, as well as plaintiff's opposition, and having reviewed the testimony of Helen Collier, the court stands by its various rulings at the April 30, 2014 hearing. Consequently, the motion to reconsider the $90,000 award of back pay is DENIED.[1]

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] The court also stands by its decision to eliminate the front pay award of $450,000 altogether and to order a remittitur of the $400,000 award of emotional distress damages to $50,000 (which plaintiff has accepted).