UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH TRAVERS, | ) |
| Plaintiff, | ) Civil Action No. 1:11-cv-10175-RGS |
| v. | ) |
| FLIGHT SERVICES & SYSTEMS, INC., | ) |
| Defendant. | ) |

## AMENDED JUDGMENT IN A CIVIL CASE

STEARNS, D.J.

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict. The court has also heard the parties' post-trial motions (except those for multiplication of damages and attorney's fees) and has ruled upon the same.

**IT IS ORDERED AND ADJUDGED** that

Judgment is hereby entered in favor of the Plaintiff, Joseph Travers. Damages are awarded for back pay in the amount of $90,000 and for emotional distress in the amount of $50,000. No damages are awarded for future pay.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

ROBERT M. FARRELL,
CLERK OF COURT

Dated: July 1, 2014        By:   /s/ Terri Seelye
                                  Deputy Clerk