UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10175-RGS

JOSEPH TRAVERS

v.

FLIGHT SERVICES & SYSTEMS, INC.

ORDER ON PLAINTIFF'S
RENEWED MOTION TO AMEND JUDGMENT

July 24, 2014

STEARNS, D.J.

The motion is <u>ALLOWED</u> in part. The Clerk will treble the $90,000 back pay award under the Massachusetts Wage Act retaliation claim to the sum of $270,000. *See Rosnov v. Molloy*, 460 Mass. 474, 479 (2011). Plaintiff's request for the award of prejudgment interest over and above the award of liquidated damages is <u>DENIED</u>. *Cf. Lupien v. City of Marlborough*, 387 F.3d 83, 90 (1st Cir. 2004). The court will address an award of attorneys' fees and costs by way of a separate Memorandum and Order.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE