UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH TRAVERS ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| v. ) | NO. 11-10175-RGS |
| ) | |
| FLIGHT SERVICES AND SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

## ASSENTED-TO MOTION FOR RETURN OF APPEAL BOND WITH INTEREST

Defendant/Appellant-Cross Appellee Flight Services & Systems, Inc. ("FSS") in Appeal Docket No. 14-1745/1746, with the assent of Plaintiff/Appellee-Cross Appellant Joseph Travers ("Travers"), hereby requests the return of its appeal bond funds, which are funds in the amount of the principal, $154,500.00, plus accrued interest. The Parties have resolved their litigation, and stipulations of dismissal will be forthcoming.

WHEREFORE, this Court should grant the requested relief and return to FSS its appeal bond funds, which are funds in the amount of the principal, $154,500.00, plus accrued interest.

*Allowed. R.H. Stearns DJ 1-12-16*

3707973v.1